UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  TOMASZEWSKI, GARY ANTHONY TOMASZEWSKI, TAMARA LYNNE<br>  Debtor(s) | CASE NO. 09-21967 JPK |

### NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2.  Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:          October 13, 2010

By: /s/ Stacia L. Yoon
STACIA L. YOON, TRUSTEE #16933-53
Genetos Retson & Yoon LLP
8585 Broadway, Suite 480
Merrillville, IN 46410
Telephone: (219) 755-0401
bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Jeffrey D. Best, jdbestoffice@att.net
Regular Mail:
TOMASZEWSKI, GARY ANTHONY, 7224 SCHNEIDER AVENUE, HAMMOND, IN 46323
TOMASZEWSKI, TAMARA LYNNE, 7224 SCHNEIDER AVENUE, HAMMOND, IN 46323
Child Life Centier, % Komyatte & Casbon, P.C., 9650 Gordon Drive, Highland, IN 46322
Patients 1ˢᵗ ER Medical Consultants PC, % Komyatte & Casbon, P.C., 9650 Gordon Drive, Highland, IN 46322

Printed:  10/11/10 11:12 AM

# Claims Distribution Small Checks

Page:  1

### Trustee:  Stacia L. Yoon, Chapter 7 Trustee  (340450)

**Case:**  09-21967  -  TOMASZEWSKI, GARY ANTHONY

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 92000254701266 | 114 | 10/11/10 | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $4.98 |
| | | 11 | 10/14/09 | 610 | Child Life Center | 84.49 | 84.49 | 1.41 | 1.41 |
| | | | | | c/o Komyatte & Casbon, P.C. | | | | |
| | | | | | 9650 Gordon Drive | | | | |
| | | | | | Highland, IN 46322 | | | | |
| | | 12 | 10/14/09 | 610 | Patients 1st ER Medical Consultants PC | 214.17 | 214.17 | 3.57 | 3.57 |
| | | | | | c/o Komyatte & Casbon, P.C. | | | | |
| | | | | | 9650 Gordon Drive | | | | |
| | | | | | Highland, IN 46322 | | | | |

(*) Denotes objection to Amount Filed